## DECLARATION OF ARNOLD WOLBERG

1. I am over the age of 18 years

2. I reside at 1432 Brookhollow Drive, Orlando, Florida 32824.

3. I was employed by Circle K as a General Manager of its store in St. Cloud, Florida from approximately November of 2012 until late January of 2013, when I resigned.

4. During my employment at Circle K, I was supervised by my Market Manager, Shariq Ghaznavi. Mr. Ghaznavi was an effective manager and was very helpful to me as a manager.

5. During my employment at Circle K, I witnessed interactions between Mr. Ghaznavi and Retail Operations Director Rebecca Thompson. I was shocked at the rudeness and hostility that Ms. Thompson showed to Mr. Ghaznavi.

6. When Ms. Thompson wanted to get Mr. Ghaznavi's attention, she would regularly call out, "hey you," and "hey you, come over here" rather than addressing him by name. Once when she wanted me to come out of my office and onto the sales floor, she yelled to Mr. Ghaznavi, "hey you, get him up there."

7. On one occasion I heard Ms. Thompson call to him, "Hey, Paki." She was across the room from Mr. Ghaznavi and I do not know whether he heard the epithet.

8. I heard Ms. Thompson making other hostile comments to Mr. Ghaznavi. She said on several occasions, when criticizing him, "I don't even know why you're a market manager."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on _____March 26,_____, 2015       _____/s/ Arnold Wolberg_____
                                                                    (Signature of Declarant)