<u>DECLARATION OF GENEVIEVE CONTICELLO</u>

1. I am over the age of 18 years

2. I reside at 5426 Jericho Avenue, Polk City, Florida.

3. I was employed by Circle K at its Polk City store from February 23, 2011 until February 2, 2015. I began as a Customer Service Representative (CSR), and over time advanced first to Lead CSR, then to Assistant Manager and finally to Bonus Assistant Manager.

4. I was working in the Polk City store for the entire period when Shariq Ghaznavi worked there in 2013.

5. When Mr. Ghaznavi first arrived at the Polk City store, I was assigned by Store Manager Linda Whitaker to train him on the cash register. He learned quickly and mastered the register within just a few days.

6. When Ms. Whitaker was transferred out of the store and Mr. Ghaznavi became the store manager, he was a great person to work for. He did a good job and I enjoyed working for him very much. He treated me and other store employees with courtesy and respect.

7. From time to time Mr. Ghaznavi would have questions about store operations, and most of us would cooperate and answer them for him. It was a common thing for managers new to the store to ask questions.

8. Mr. Ghaznavi seemed to understand the back office paperwork. As far as I could tell, his figures were balancing basically every day.

9. Margie Chapman was an Assistant Manager in the Polk City store while Mr. Ghaznavi was there. It was not easy to get along with Margie and she bullied and picked on staff all the time. She regularly violated company policy by changing the numbers on her paperwork to force balance

the books.

10. After Mr. Ghaznavi had been running the store for a couple of weeks, Ms. Chapman told us, the staff, that she was told that none of us should help Mr. Ghaznavi. She said that if he has a question, don't answer it, let him figure it out for himself.

11. When Mr. Ghaznavi was not in the store, Ms. Chapman would make insulting comments about him and say that he was "stupid."

12. Ms. Chapman was responsible for doing the cigarette price surveys each week. She did them when Ms. Whitaker was store manager, and continued to do them when Mr. Ghaznavi took over.

13. Rebecca Thompson regularly came to the store when Mr. Ghaznavi was there. She would typically put Mr. Ghaznavi on the register, and then walk around the store making notes. She would then leave a list of things she found wrong for Mr. Ghaznavi. She did not walk around the store with Mr. Ghaznavi and point out issues and discuss them, as I had seen market managers do with other store managers.

14. Tammy Craft also came to the store regularly when Mr. Ghaznavi was there. She also did not walk the store with Mr. Ghaznavi, but just made a list of things she saw and left it for him.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on 3/10/15 , 2015          _____
                                              (Signature of Declarant)

Reference: 28 USC §1746