UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHARIQ GHAZNAVI,

    Plaintiff,

v.                                         Case No: 8:14-cv-755-T-33AEP

CIRCLE K STORES, INC.

    Defendant.
_____/

## DECLARATION OF CHRISTIE O'HALLORAN

I, CHRISTIE O'HALLORAN, pursuant to 28 U.S.C. § 1746, declare the following to be true under penalty of perjury under the laws of the United States of America:

1. My name is Christie O'Halloran.

2. I am over the age of 18 and have personal knowledge of all matters set forth in this Affidavit.

3. I am currently employed by Defendant, Circle K Stores, Inc. ("Circle K" or "Defendant") as Human Resources Director for the Florida Division of Circle K.

4. Rebecca Thompson is the Regional Operations Director ("ROD") for one region within Circle K's Florida Division.

5. I have reviewed Document No. 48-3 which is an attachment to Plaintiff's Response in Opposition to Summary Judgment ("Response").

6. Document 48-3 includes forty-nine Circle K Counseling Notices related to Circle K's Florida Division employees who violated various Circle K cash handling procedures.

7. These Counseling Notices were compiled and produced after a court order requiring production of information from January 1, 2012 to the date of the order regarding

violations of cash handling procedures. (Doc. 28)  With regards to records concerning violations of cash handling procedures (paragraph 1.b. of the order), the order was not limited to the region directed by Rebecca Thompson.  Circle K located and produced records for the entire Florida Division.

8. The majority of the Counseling Notices included in Document 48-3 do **not** relate to employees in Mrs. Thompson's region.  In fact, only eight of the Counseling Notices identify employees who were employed in Mrs. Thompson's region: Deborah Harvey, Casey Sheree Doyen, Sheenica Cotton, Charalotta Naeimi-Hossany (two separate Notices), Traci Smewing, Jean Lauture, and Adrienne Gonzalez.  Forty-one of the Notices identified in Document 48-3 identify employees who worked in regions managed by RODs other than Mrs. Thompson.

9. Also, the employees listed in bullet points on page 21 of the Response (Bessie Ann Turk, Carolyn Kindle, William Andrews, and Barbara McCabe) were **not** employed in Mrs. Thompson's region.

10. I declare under penalty of perjury that the foregoing is true and correct.


Executed on April 16, 2015                    /s/ Christie O'Halloran
                                              (Signature of Declarant)